UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Isaac Omar Williams            Docket No. 4:20-CR-100-1M

### Petition for Action on Probation

COMES NOW Orlando M. Roberts, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Isaac Omar Williams, who, upon an earlier plea of guilty to Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924, was sentenced by the Honorable Richard E. Myers II, Chief United States District Judge, on December 6, 2022, to 36 months' probation under the conditions adopted by the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

As a condition of probation, the defendant was ordered to complete 36 months of home confinement with location monitoring. No violation conduct has occurred since probation commenced. On January 12, 2024, the defendant was transported to ECU Health in Greenville, North Carolina, where he remains. On January 17, 2024, the defendant was personally seen at the hospital by the undersigned officer. During the visit, the defendant's speech was inaudible. According to his sister, Williams was diagnosed with kidney failure and possibly a stroke. Upon discharge, the defendant may be transferred to a nursing home for a period of at least 30 days. Also, more information will be obtained from medical staff. Based on the above information, the probation officer respectfully recommends that the special condition of supervised release requiring the location monitoring component be stricken. Upon the defendant's release from the hospital, home detention will resume, without location monitoring. The defendant was unable to sign a Waiver of Hearing; however, this course of action is less restrictive, if approved by the court.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. Upon release from the hospital, the defendant shall abide by all conditions and terms of the home detention program until December 5, 2025, without the location monitoring component. The defendant shall be restricted to his residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,            I declare under penalty of perjury that the foregoing is true and correct.

/s/ Dewayne L. Smith
Dewayne L. Smith
Supervising U.S. Probation Officer

/s/ Orlando M. Roberts
Orlando M. Roberts
U.S. Probation Officer
150 Reade Circle
Greenville, NC 27858-1137
Phone: 252-830-2337
Executed On: January 18, 2024

Isaac Omar Williams
Docket No. 4:20-CR-100-1M
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this 23rd day of January, 2024, and ordered filed and made a part of the records in the above case.

*Richard E Myers II*
Richard E. Myers II
Chief United States District Judge